JOHN BROOKS LEAVITT, Respondent, *v.* LEWIS S. CHASE, Appellant.

(Argued October 4, 1887; decided October 18, 1887.)

*Abram Kling* for appellant.

*Austen G. Fox* for respondent.

Agreed to modify order by striking out provision for short notice of trial, and for affirmance, as modified.

All concur.

Ordered accordingly.